**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   3:07-CR-108-WHA** |
| | ) | |
| **TOMMIE JOHNSON** | ) | |
| | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

   **COMES NOW** the undersigned and notifies this Honorable Court that he has been retained to represent the Defendant, **TOMMIE JOHNSON**, in the above styled cause. The undersigned counsel further shows that he is a member in good standing of the Bar of this Court.

   **RESPECTFULLY SUBMITTED** this 23rd day of May 2007.

>   /s/ **WILLIAM R. BLANCHARD (BLA029)**
>   Blanchard Law Offices
>   Post Office Box 746
>   Montgomery, Alabama 36101-0746
>   Office: (334) 269-9691
>   Fax: (334) 263-4766
>   bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **v.** | ) ) | **CR. NO.   3:07-CR-108-WHA** |
| **TOMMIE JOHNSON** | ) ) ) | |

**CERTIFICATE OF SERVICE**

I, William R. Blanchard, certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon.

        Respectfully submitted,

        /s/ **WILLIAM R. BLANCHARD (BLA029)**
        Blanchard Law Offices
        Post Office Box 746
        Montgomery, Alabama 36101-0746
        Office: (334) 269-9691
        Fax: (334) 263-4766
        bill@blanchardlaw.com