IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § | CR. NO. 3:07cr108-WHA |
| **TOMMIE PAIREE JOHNSON** | § § § | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Nathan Stump, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 29th of May, 2007.

                                                  LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Nathan D. Stump
                                                NATHAN D. STUMP
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280
                                                Fax: (334)223-7135
                                                E-mail: Nathan.Stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | CR. NO. 3:07cr108-WHA |
| § | |
| **TOMMIE PAIREE JOHNSON** § | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William Rives Blanchard, Jr.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Nathan D. Stump
    NATHAN D. STUMP
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: Nathan.Stump@usdoj.gov