# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Tommie Pairee Johnson              Case Number: 3:07cr108-WHA

Name of Releasing Judicial Officer: Charles S. Coody, Chief U. S. Magistrate Judge

Date of Release: May 18, 2007

Original Offense: 21 U.S.C. § 841 Possession with Intent to Distribute Marijuana, Cocaine and Cocaine Base; 18 U.S.C. § 924© Possession of a Firearm

Type of Release: Pretrial Release

Date of Next Court Appearance: August 6, 2007

Conditions of Release: released on $25,000 unsecured appearance bond with pretrial supervision

Assistant U.S. Attorney: Nathan Stump              Defense Attorney: William Blanchard

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition #1:<br>The defendant shall not commit any offense in violation of federal, state or local law while on release. | On June 6, 2007, the defendant was arrested by the Tallapoosa County, AL Narcotics Task Force and charged with Possession of a Controlled Substance (crack cocaine), Possession of an Unlicensed Firearm and Possession of Marijuana 2nd. |

<u>Supervision history of defendant and actions taken by officer:</u> The defendant was released on bond by this court on May 18, 2007. The defendant secured employment with Lake Martin Construction shortly after his release from custody. Other than the defendant's new arrest, there have been no other violations.

U.S. Probation Officer Recommendation:

[X]   The term of release should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

                Respectfully submitted,

by    /s/ Tamara C. Martin

Tamara C. Martin
U.S. Probation Officer
Date: June 13, 2007

Reviewed and approved: /s/ Sandra G. Wood
                         Sandra G. Wood
                         Supervising U. S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Issuance of a Warrant
[✔]    The Issuance of a Summons
[ ]    Other

        Done this 15th day of June, 2007.

                                        /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE