**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   3:07-CR-108-WHA** |
| | ) | |
| **TOMMIE JOHNSON** | ) | |
| | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **TOMMIE JOHNSON**, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charges contained in Counts 3 and 4 of the Indictment. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 25th day of July 2007.

/s/ **WILLIAM R. BLANCHARD (BLA029)**
Blanchard Law Offices
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   3:07-CR-108-WHA** |
| | ) | |
| **TOMMIE JOHNSON** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, William R. Blanchard, certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon.

        Respectfully submitted,

        /s/ **WILLIAM R. BLANCHARD (BLA029)**
        Blanchard Law Offices
        Post Office Box 746
        Montgomery, Alabama 36101-0746
        Office: (334) 269-9691
        Fax: (334) 263-4766
        bill@blanchardlaw.com