IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-108-WHA |
| | ) | |
| TOMMIE PAIREE JOHNSON | ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner Doc. # 28), filed on October 15, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Tommie Johnson, to Tim Fitzpatrick, DEA, on October 15, 2007, through January 15, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tim Fitzpatrick, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 15th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE