```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr108-WHA |
| | ) | |
| TOMMIE PAIREE JOHNSON | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on October 31, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Tommie Pairee Johnson to forfeit the following firearms:

> One Bushmaster, .223 Caliber Rifle, model XM15-E2S, bearing serial number BF1463411;
>
> One Romarm/Cugir, .762 Caliber Rifle, model GP WASR-10, bearing serial number SN AJ-0464-81; and,
>
> One Remington, .22 Caliber Rifle, model 552, bearing no serial number.

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Tommie Pairee Johnson had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established

the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 924(c)(1)(a)(i).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

>One Bushmaster, .223 Caliber Rifle, model XM15-E2S, bearing serial number BF1463411;
>
>One Romarm/Cugir, .762 Caliber Rifle, model GP WASR-10, bearing serial number SN AJ-0464-81; and,
>
>One Remington, .22 Caliber Rifle, model 552, bearing no serial number.

2. All right, title and interest to the firearms described above are hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 29th day of January, 2008.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE